IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cr02-02

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| MELISSA J. SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS CAUSE** coming on to be heard and being heard before the undersigned, upon a motion made by the Government to continue the Rule 11 proceeding in regard to the above referenced matter. It appearing to the court from arguments of Donald Gast, United States Attorney, that the defendant's attorney, Walter E. Daniels, III could not be available for the Rule 11 proceeding that was scheduled for January 17, 2007. It is therefore ordered, based upon good cause shown, that the above entitled matter be continued.

**ORDER**

WHEREFORE, IT IS **ORDERED** that the above entitled matter be continued until a time established by the Clerk.

Signed: January 23, 2007

_____
Dennis L. Howell
United States Magistrate Judge